# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHANNON L. WILLIAMS, | : | CIVIL NO. 3:17-cv-1465 |
| | : | |
| Petitioner | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| YORK COUNTY DISTRICT ATTORNEY OFFICE, *et al.*, | : | |
| | : | |
| Respondents | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

AND NOW, to wit, this 22nd day of October 2018, upon consideration of the petition for writ of habeas corpus, and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1. The petition pursuant to 28 U.S.C. § 2254 is CONSTRUED as a petition pursuant to 28 U.S.C. § 2241 and is DENIED.

2. The Clerk of Court is directed to **CLOSE** this case.

                            **BY THE COURT:**

                            **s/James M. Munley**
                            **JUDGE JAMES M. MUNLEY**
                            **United States District Court**

Dated:    October 22, 2018